[Nos. 65961-8-I; 65963-4-I;   Division One.   June 13, 2011.]
65962-6-I.

*In the Matter of the Dependency of* D.R.R.B.-J. ET AL.

AMBER BULLE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 10-7-00615-6, Bruce I. Weiss, J., entered August 10, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 66121-3-I.   Division One.   June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAYLAE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-00807-3, Michael J. Trickey, J., entered September 22, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 66661-4-I.   Division One.   June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DOUGLAS MOELLER, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID DOUGLAS MOELLER, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05488-0, Bryan E. Chushcoff, J., entered October 23, 2009, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.